UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| USA<br><br>vs.<br><br>Martin R. Frankel | 3:99CR235 (JCH) |

## ORDER RETURNING SUBMISSION

The Clerk has received your Motions; however, it is deficient in the area(s) checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. ☐ L.R.5(c)
   - ☐ No certificate of service attached to document
   - ☐ Certificate of service fails to list names and addresses of all parties served
   - ☐ Certificate of service is not signed

2. ☐ L.R. CV 5(e)
   - ☐ Failure to submit document under seal
   - ☐ Sealing envelope not provided
   - ☐ Sealing envelope does not contain case information
   - ☐ Sealing envelope does not contain description of sealed document/motion

3. ☐ L.R.10
   - ☐ Failure to sign document (original signature)
   - ☐ Failure to double space
   - ☐ Margin is not free of printed matter
   - ☐ Left hand margin is not one inch;
   - ☐ Judge's initials do not appear after the case number
   - ☐ Docket number is missing
   - ☐ Failure to supply federal bar number

4. ☐ L.R. CR 57(b)5
   - ☐ Failure to submit document under seal
   - ☐ Sealing envelope not provided
   - ☐ Sealing envelope does not contain case information
   - ☐ Sealing envelope does not contain description of sealed document/motion

5. ☐ L.R.83.1(d)   Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

6. ☒ Other:   Plaintiff has counsel on case, returned for Counsel to file.

The Clerk is hereby ordered to return the above document and to notify counsel of such action.

5/12/2016
Date

/s/Janet C. Hall
United States District Judge

(FMJA)